KEAN et al., Respondents, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Michael J. Kean and another, as executors, etc., against Mary Kane and others. PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellants to abide

event. Held, that the evidence in this case was of such character as to make the testamentary capacity of the decedent a question for the jury.